# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLIMAR AQUINO,<br><br>     Plaintiff,<br><br>v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>     Defendants. | Case No. 2:19-cv-10484 CJC (GJS)<br><br>**ORDER RE JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

   Having read the Parties' Joint Stipulation for Dismissal with Prejudice, and good cause appearing, the Court hereby dismisses the above-captioned action with prejudice.

   **IT IS SO ORDERED.**


DATED: January 30, 2020       _____

                *United States District Judge Cormac J. Carney*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28